1 | Law Offices of
2 | GEORGE C. BOISSEAU, CSBN 75872
    740 4th Street
    Second Floor
3 | Santa Rosa, California 95404
    Telephone: (707) 578-5636
4 | Fax: (707) 578-1141

5 | Attorneys for Defendant
    BRYAN DOUGLAS ROSENQUIST

**FILED**

AUG 24 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   CR-01-40159-CW
                                    )
         Plaintiff,                 )   (~~PROPOSED~~) ORDER
                                    )   EXONERATING BOND
    v.                              )
                                    )
BRYAN DOUGLAS ROSENQUIST,           )
                                    )
         Defendant.                 )
_____)

GOOD CAUSE APPEARING, the defendant, BRYAN DOUGLAS ROSENQUIST, having surrendered to the United States Marshal on July 12, 2007 to serve his sentence, it is hereby ordered that the bond pending appeal set in this case be exonerated.

SO ORDERED.

Dated: AUG 24 2007

_____
HON. WAYNE D. BRAZIL
United States Magistrate Judge

cc: CTC
cc: Financial